October 2, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF T.T.L., a Juvenile

NO. 14-11-00627-CV

_____

This cause, an appeal from an order signed, June 2, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.